AO 442 (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT

SOUTHERN District of CALIFORNIA

FILED 08 JUL -7 AM 8:46

CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

v.

SALVADOR LEPE

**WARRANT FOR ARREST**

Case Number: '08 MJ 2006

To: The United States Marshal and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest  SALVADOR LEPE
                                    Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

[ ] Indictment  [ ] Information  [X] Complaint  [ ] Order of court  [ ] Probation Violation Petition  [ ] Supervised Release Violation Petition  [ ] Violation Notice

RECEIVED 2008 JUL -1 A 11:11 U.S. MARSHAL SOUTHERN DISTRICT OF CALIFORNIA

charging him or her with (brief description of offense):
ESCAPE FROM FEDERAL CUSTODY

DATE 7/2/08
ARRESTED BY Deputy Castillo
STEVEN C. STAFFORD
ACTING U.S. MARSHAL, S/CA
BY Maria

in violation of Title  18  United States Code, Section(s)  751 (a)

BARBARA L. MAJOR
U.S. MAGISTRATE JUDGE
Name of Issuing Officer

Title of Issuing Officer

*[signature]* Barbara L. Major
Signature of Issuing Officer

SAN DIEGO, CALIF.   7/1/08
Date and Location

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

CLASS I 'A'     Knight