```
                                      FILED
                                  2008 JUL 11  AM 11:23

                                  CLERK US DISTRICT COURT
                                SOUTHERN DISTRICT OF CALIFORNIA

                                  BY_____DEPUTY
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

July 2007 Grand Jury      08 CR 2304   BEN

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal Case No. _____ |
| Plaintiff, ) | **I N D I C T M E N T** |
| v. ) | Title 18, U.S.C., Secs. 751(a) and 4082(a) - Escape |
| SALVADOR LEPE, ) | |
| Defendant. ) | |

The grand jury charges:

On or about June 29, 2008, within the Southern District of California, defendant SALVADOR LEPE did escape from an institution and facility in which he was confined by direction of the Attorney General, and his authorized representative, by willfully failing to remain within the extended limits of his confinement in that he did not remain at the Correctional Alternatives Facility, San Diego, California, as directed, said custody and confinement being by virtue of a felony conviction for importation of marijuana,

//
//
//
//

JPME:fer:San Diego
7/10/08

in violation of Title 21, United States Code Sections 952 and 960; all in violation of Title 18, United States Code, Sections 751(a) and 4082(a).

DATED: July 11, 2008.

A TRUE BILL:

_____
Foreperson

KAREN P. HEWITT
United States Attorney

By: _____
JAMES P. MELENDRES
Assistant U.S. Attorney